# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL M. LESHINSKI,** | : No.3:18cv652 |
| Plaintiff | : |
| | : (Judge Munley) |
| v. | : |
| | : |
| **INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS; SMART TRANSPORTATION DIVISION; SAM NASCA; and STEVEN E. PARSONS,** | : |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 12th day of September 2018, defendants' motion to dismiss (Doc. 14) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant Sam Nasca and Defendant Steven E. Parsons are **DISMISSED** from this matter; and

2. Defendants' motion to dismiss plaintiff's breach of the duty of fair representation claim is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Judge**